Carolyn Shields
Liu & Shields LLP
41-60 Main Street, Suite 208A
Flushing, NY 11355
Tel:   718-463-1868
Email: shieldscj524@gmail.com
Attorney for Flushing Market Inc.,
Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| SEMYON GRINBLAT, individually and on behalf of all others similarly situated, | Case No. 1:18-cv-07333-CBA-JO |
| Plaintiff, | RULE 68 OFFER OF JUDGMENT |
| -against- | |
| FLUSHING MARKET, INC., THE WEXLER FAMILY LIMITED PARTNERSHIP, JOHN DOE 1-X, persons yet unknown, Limited Liability Companies, Partnerships, Corporations 1-X, entities yet unknown, | |
| Defendants. | |

Pursuant to Rule 68 of the Federal Rules of Civil Procedure, defendant Flushing Market, Inc., represented by Carolyn Shields, being one of two named defendants sued in this case, hereby offers to allow judgment to be taken against it in the amount of $6,000.00 (Six Thousand and 00/100ths Dollars), to be paid within five (5) business days after this Offer and Notice of Acceptance of this Offer are filed with the Court, which sum includes costs and attorney's fees then accrued, whether said included attorney's fees are awardable as costs or by statute or under other authority, as one total sum for all claims alleged in the operative complaint,

together with defendant's commitment to install, within six (6) months after the date this Offer and Notice of Acceptance of this Offer are filed with the Court, of two handicap parking spaces in accordance with applicable law at defendant's premises and plaintiff's agreement (1) to file a notice of discontinuance with prejudice of this case against co-defendant The Wexler Family Limited Partnership within five (5) business days after the date of payment of the $6000.00 and (2) to file a satisfaction of the judgment against defendant within thirty (30) days after defendant satisfies the last part of all parts of the judgment.

Date:  March 12, 2019

                                              */s/ Carolyn Shields*
Carolyn Shields
Liu & Shields LLP
41-60 Main Street, Suite 208A
Flushing, NY 11355
Telephone:	718-463-1868
Fax:		718-463-2883
E-mail:	shieldscj524@gmail.com
Attorney for Flushing Market Inc.,
Defendant