UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
**SEMYON GRINBLAT**, individually and
on behalf of all others similarly situated,

          JUDGMENT
          18-cv-7333-CBA-JO

          Plaintiff,

    -against-

**FLUSHING MARKET, INC., THE WEXLER FAMILY LIMITED PARTNERSHIP, JOHN DOE 1-X**, persons yet unknown, **Limited Liability Companies, Partnerships, Corporations 1-X**, entities yet unknown,

          Defendants.
---------------------------------------------------------------X

      Defendant Flushing Market, Inc., having offered Plaintiff to take a judgment against it, in the sum of Six Thousand Dollars ($6,000.00) which sum includes costs and attorneys' fees then accrued; it is

      ORDERED and ADJUDGED that judgment is hereby entered pursuant to Rule 68 of the Federal Rules of Civil Procedure in favor of Plaintiff and against Defendant Flushing Market, Inc., in the total sum of Six Thousand ($6,000.00) Dollars, which sum includes costs and attorneys' fees then accrued.

Dated: Brooklyn, New York
      March 14, 2019

          Douglas C. Palmer
          Court of The Clerk

          by:/s/ *Jalitza Poveda*
          Deputy Clerk