**Michael Grinblat** (4159752)
Law Offices of Michael Grinblat
817 Broadway, Fourth Floor
New York, NY 10003
Tel: (347) 796-0712
Fax: (212) 202-5130
Email: michael.grinblatesq@gmail.com
*Attorney for the Plaintiff*

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ MAR 19 2019 ★

BROOKLYN OFFICE

## IN THE UNITED STATES DISTRICT COURT
## IN AND FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| SEMYON GRINBLAT, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>-against-<br><br>FLUSHING MARKET, INC., THE WEXLER FAMILY LIMITED PARTNERSHIP, JOHN DOE 1-X, persons yet unknown, **Limited Liability Companies, Partnerships, Corporations 1-X**, entities yet unknown,<br><br>Defendants. | NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE OF THE WEXLER FAMILY LIMITED PARTNERSHIP<br><br><br><br><br><br>CASE NO.: 18-cv-7333-CBA-JO |

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Plaintiff, SEMYON GRINBLAT, by and through his undersigned counsel, voluntarily dismisses the Defendant, THE WEXLER FAMILY LIMITED PARTNERSHIP, from this action, with prejudice. As of the date of this Notice, neither an answer to the Complaint, nor a motion for summary judgment has been filed by the Defendant. The lawsuit against the Defendant, THE WEXLER FAMILY LIMITED PARTNERSHIP, is being dismissed with prejudice in accordance with the Rule 68 Offer of Judgment, which was made by the Defendant, FLUSHING MARKET, INC., and which was accepted by the Plaintiff, SEMYON GRINBLAT, by and through his

1

undersigned counsel. The Judgment, pursuant to Rule 68 of the Federal Rules of Civil Procedure, has been entered in favor of the Plaintiff, SEMYON GRINBLAT, and against the Defendant, FLUSHING MARKET, INC., by the Clerk of the Court on March 14, 2019.

Dated: March 15, 2019

*Michael Grinblat*
Michael Grinblat, Esq. (4159752)

Attorney for the Plaintiff
Law Offices of Michael Grinblat
817 Broadway, Fourth Floor
New York, NY 10003
Tel: (347) 796-0712
Fax: (212) 202-5130
Email: michael.grinblatesq@gmail.com

## CERTIFICATE OF SERVICE

I, the undersigned, certify that on March 15, 2019, I caused a true and correct copy of the foregoing Notice of Voluntary Dismissal with Prejudice of The Wexler Family Limited Partnership to be filed with the Court electronically, which caused the Notice to be served upon all e-filing counsel of record via the CM/ECF. In addition, I also served this Notice on the counsel for the Defendants, by first class mail, at the below addresses.

| | |
|---|---|
| Carolyn Shields, Esq.<br>Liu & Shields LLP<br>41-60 Main Street, Suite 208A<br>Flushing, NY 11355<br>*Attorneys for the Defendant,*<br>*Flushing Market, Inc.* | Thomas P. Kerrigan<br>Finder Novick Kerrigan LLP<br>276 Park Avenue South, 3rd Floor<br>New York, NY 10010<br>*Attorneys for the Defendant,*<br>*The Wexler Family*<br>*Limited Partnership* |

Dated: March 15, 2019

*/s/ Michael Grinblat*
Michael Grinblat, Esq. (4159752)

Attorney for the Plaintiff
Law Offices of Michael Grinblat
817 Broadway, Fourth Floor
New York, NY 10003
Tel:  (347) 796-0712
Fax: (212) 202-5130
Email: michael.grinblatesq@gmail.com

*So Ordered*

3             s/ Carol Bagley Amon

3/18/19